FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 10 1998

JAMES W. McCORMACK, CLERK
By: _____ DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **VERNICESA F. BARNES** | | **PLAINTIFF** |
| v. | LR-C-98-547 | |
| **MCDONALD'S CORPORATION,** | | **DEFENDANT** |
| **NANCY BALL D/B/A MCDONALD'S** | | |
| **NDK CORPORATION** | | |

## ORDER DENYING MOTION TO DISMISS AS TO DEFENDANT MCDONALD'S CORPORATION AND GRANTING AS TO DEFENDANT NANCY BALL

Pending before the Court is Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction. Fed. R. Civ. P. 12(b)(1); (Doc. No. 3). Plaintiff has responded to this Motion by petitioning the Court to withdraw Plaintiff's claim against Defendant Nancy Ball. (Doc. No. 5). Because there is diversity between Defendant McDonald's Corporation and Plaintiff, removal of Defendant Ball would preserve complete diversity. 28 U.S.C. § 1332. Since all three counts in the original complaint appear to be primarily directed at the conduct of McDonald's Corporation and only secondarily at Defendant Ball, Defendant Ball is not an indispensable party to this case. (Doc. No. 1). Therefore, the Court finds that justice demands permitting Plaintiff to voluntarily withdraw any claims against Defendant Ball. Fed. R. Civ. P. 15(a). The Court, however, preserves the claims against Defendant McDonald's Corporation.

It is so ORDERED this 10th day of November 1998.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON DOCKET SHEET IN
COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP
ON 11/12/98 BY _____

7

F I L E   C O P Y

bt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

November 12, 1998

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:98-cv-00547.

True and correct copies of the attached were mailed by the clerk to the following:

>   Willard Proctor Jr., Esq.
>   Proctor & Associates
>   1619 Broadway
>   Little Rock, AR   72206
>
>   W. Lee Tucker, Esq.
>   Boswell, Tucker & Brewster
>   Bryant Center
>   Post Office Box 798
>   Bryant, AR   72089-0798
>
>   David S. Foster, Esq.
>   Latham & Watkins
>   Sears Tower
>   233 South Wacker Drive
>   Suite 5800
>   Chicago, IL   60606
>
>   Kevin C. May, Esq.
>   Latham & Watkins
>   Sears Tower
>   233 South Wacker Drive
>   Suite 5800
>   Chicago, IL   60606

James W. McCormack, Clerk

Date:   11/12/98            BY:   [signature]