IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VERNICESA F. BARNES                                 PLAINTIFF

V.                  NO. LR-C 98-547

MCDONALD'S CORPORATION,
NANCY BALL D/B/A MCDONALD'S
NDK CORPORATION                                DEFENDANTS

### PLAINTIFF'S STATEMENT OF MATERIAL FACTS TO WHICH GENUINE ISSUES EXIST TO BE TRIED

Plaintiff contends that genuine issues of material facts exist to be tried with regards to the following facts:

1. The terms of the contract.
2. The restrictions which apply to the contract.
3. The sufficiency of the written prize notice.

Respectfully submitted,

_____
Willard Proctor, Jr.
Attorney for the Defendant
1619 South Broadway
Little Rock, AR 72206-1218
(501) 378-7720
Arkansas Bar No.: 87136

### CERTIFICATE OF SERVICE

I, Willard Proctor, Jr., do hereby certify that I have served a copy of the above and foregoing pleading upon all parties to this proceeding by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this 29th day of March, 1999:

Mr. W. Lee Tucker
Boswell, Tucker & Brewster
P.O. Box 798
Bryant, AR  72089-0798

_____
Willard Proctor, Jr

winwood
mtnwd.doc